**Information to identify the case:**

| | | |
|---|---|---|
| Debtor 1 | **Romeo S Dumayas** <br> First Name  Middle Name  Last Name | Social Security number or ITIN  **xxx–xx–0510** <br> EIN  _ _–_ _ _ _ _ _ _ |
| Debtor 2 <br> (Spouse, if filing) | First Name  Middle Name  Last Name | Social Security number or ITIN  _ _ _ _ <br> EIN  _ _–_ _ _ _ _ _ _ |
| United States Bankruptcy Court  **Northern District of Illinois** <br> Case number:  **18–29709** | | Date case filed for chapter  **7**  **10/23/18** |

Official Form 309A (For Individuals or Joint Debtors)
**Notice of Chapter 7 Bankruptcy Case –– No Proof of Claim Deadline**   12/15

**For the debtors listed above, a case has been filed under chapter 7 of the Bankruptcy Code. An order for relief has been entered.**

**This notice has important information about the case for creditors, debtors, and trustees, including information about the meeting of creditors and deadlines. Read both pages carefully.**

The filing of the case imposed an automatic stay against most collection activities. This means that creditors generally may not take action to collect debts from the debtors or the debtors' property. For example, while the stay is in effect, creditors cannot sue, garnish wages, assert a deficiency, repossess property, or otherwise try to collect from the debtors. Creditors cannot demand repayment from debtors by mail, phone, or otherwise. Creditors who violate the stay can be required to pay actual and punitive damages and attorney's fees. Under certain circumstances, the stay may be limited to 30 days or not exist at all, although debtors can ask the court to extend or impose a stay.

The debtors are seeking a discharge. Creditors who assert that the debtors are not entitled to a discharge of any debts or who want to have a particular debt excepted from discharge may be required to file a complaint in the bankruptcy clerk's office within the deadlines specified in this notice. (See line 9 for more information.)

To protect your rights, consult an attorney. All documents filed in the case may be inspected at the bankruptcy clerk's office at the address listed below or through PACER (Public Access to Court Electronic Records at  www.pacer.gov).

**The staff of the bankruptcy clerk's office cannot give legal advice.**

**To help creditors correctly identify debtors, debtors submit full Social Security or Individual Taxpayer Identification Numbers, which may appear on a version of this notice. However, the full numbers must not appear on any document filed with the court.**

**Do not file this notice with any proof of claim or other filing in the case. Do not include more than the last four digits of a Social Security or Individual Taxpayer Identification Number in any document, including attachments, that you file with the court.**

| | | About Debtor 1: | About Debtor 2: |
|---|---|---|---|
| 1. | **Debtor's full name** | Romeo S Dumayas | |
| 2. | **All other names used in the last 8 years** | | |
| 3. | **Address** | 9417 Margail Ave <br> Des Plaines, IL 60016 | |
| 4. | **Debtor's attorney** <br> Name and address | David H Cutler <br> Cutler & Associates, Ltd. <br> 4131 Main St. <br> Skokie, IL 60076 | Contact phone 847–673–8600 <br> Email: cutlerfilings@gmail.com |
| 5. | **Bankruptcy trustee** <br> Name and address | Steven R Radtke <br> Chill, Chill & Radtke PC <br> 79 W Monroe Street Suite 1305 <br> Chicago, IL 60603 | Contact phone 312–346–1935 <br> Email: sradtke@chillchillradtke.com |

**For more information, see page 2 >**

| | | | |
|---|---|---|---|
| **6.** | **Bankruptcy clerk's office**<br><br>Documents in this case may be filed at this address. You may inspect all records filed in this case at this office or online at www.pacer.gov. | Eastern Division<br>219 S Dearborn<br>7th Floor<br>Chicago, IL 60604 | Hours open: 8:30 a.m. until 4:30 p.m. except Saturdays, Sundays and legal holidays.<br><br>Contact phone 1–866–222–8029<br><br>Date: 10/24/18 |
| **7.** | **Meeting of creditors**<br><br>Debtors must attend the meeting to be questioned under oath. In a joint case, both spouses must attend. Creditors may attend, but are not required to do so. | **November 19, 2018 at 03:00 PM**<br><br>The meeting may be continued or adjourned to a later date. If so, the date will be on the court docket.<br><br>**Debtors must bring a picture ID and proof of their Social Security Number.** | Location:<br><br>**219 South Dearborn, Office of the U.S. Trustee, 8th Floor, Room 800, Chicago, IL 60604** |
| **8.** | **Presumption of abuse**<br><br>If the presumption of abuse arises, you may have the right to file a motion to dismiss the case under 11 U.S.C. § 707(b). Debtors may rebut the presumption by showing special circumstances. | The presumption of abuse does not arise. | |
| **9.** | **Deadlines**<br><br>The bankruptcy clerk's office must receive these documents and any required filing fee by the following deadlines. | **File by the deadline to object to discharge or to challenge whether certain debts are dischargeable:**<br><br>**You must file a complaint:**<br>• if you assert that the debtor is not entitled to receive a discharge of any debts under any of the subdivisions of 11 U.S.C. § 727(a)(2) through (7), or<br>• if you want to have a debt excepted from discharge under 11 U.S.C § 523(a)(2), (4), or (6).<br><br>**You must file a motion:**<br>• if you assert that the discharge should be denied under § 727(a)(8) or (9). | **Filing deadline: 1/18/19** |
| | | **Deadline to object to exemptions:**<br>The law permits debtors to keep certain property as exempt. If you believe that the law does not authorize an exemption claimed, you may file an objection. | **Filing deadline:** 30 days after the *conclusion* of the meeting of creditors |
| **10.** | **Proof of claim**<br><br>Please do not file a proof of claim unless you receive a notice to do so. | No property appears to be available to pay creditors. Therefore, please do not file a proof of claim now. If it later appears that assets are available to pay creditors, the clerk will send you another notice telling you that you may file a proof of claim and stating the deadline. | |
| **11.** | **Creditors with a foreign address** | If you are a creditor receiving a notice mailed to a foreign address, you may file a motion asking the court to extend the deadlines in this notice. Consult an attorney familiar with United States bankruptcy law if you have any questions about your rights in this case. | |
| **12.** | **Exempt property** | The law allows debtors to keep certain property as exempt. Fully exempt property will not be sold and distributed to creditors. Debtors must file a list of property claimed as exempt. You may inspect that list at the bankruptcy clerk's office or online at www.pacer.gov. If you believe that the law does not authorize an exemption that the debtors claim, you may file an objection. The bankruptcy clerk's office must receive the objection by the deadline to object to exemptions in line 9. | |

```
                            United States Bankruptcy Court
                            Northern District of Illinois

In re:                                                              Case No. 18-29709-DLT
Romeo S Dumayas                                                     Chapter 7
         Debtor                     CERTIFICATE OF NOTICE

District/off: 0752-1           User: lmendoza              Page 1 of 2              Date Rcvd: Oct 24, 2018
                               Form ID: 309A               Total Noticed: 34


Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Oct 26, 2018.
db             +Romeo S Dumayas,    9417 Margail Ave,    Des Plaines, IL 60016-3810
27187175       +Citibank/RadioShack,    Centralized Bankruptcy,    Po Box 790034,    St Louis, MO 63179-0034
27187179       +D&A Services,    1400 E Touhy Ave, Ste G2,    Des Plaines, IL 60018-3338
27187183       +ICS Collection,    PO Box 1010,    Tinley Park, IL 60477-9110
27187185        Infibank,    No longer open as Infibank,    Omaha, NE 68103
27187187       +Lina T Dumayas,    9417 MArgail Ave,    Des Plaines, IL 60016-3810
27187188       +Mandarich Law Group,    420 N Wabash Ave, Ste 400,    Chicago, IL 60611-3542
27187189       +Midland Credit Management,    PO Box 51319,    Los Angeles, CA 90051-5619
27187190       +Mr. Cooper,    Attn: Bankruptcy,    8950 Cypress Waters Blvd,    Coppell, TX 75019-4620
27187193       +Paypal,    PO Box 105658,    Atlanta, GA 30348-5658
27187194       +Sunrise Credit Services,    PO Box 9100,    Farmingdale, NY 11735-9100
27187197       +Target,    Attn: Payment Disputes,    Mailstop 2201, PO Box 26907,    Tempe, AZ 85285-6907
27187198       +URO Partners,    3183 Paysphere Circle,    Chicago, IL 60674-0031
27187200       +Wheels Financial Group/dba Loan Mart,    Po Box 8075,    Van Nuys, CA 91409-8075

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
aty             E-mail/Text: cutlerfilings@gmail.com Oct 25 2018 01:58:45     David H Cutler,
                 Cutler & Associates, Ltd.,    4131 Main St.,    Skokie, IL 60076
tr             +EDI: QSRRADTKE.COM Oct 25 2018 05:28:00     Steven R Radtke,    Chill, Chill & Radtke PC,
                 79 W Monroe Street Suite 1305,    Chicago, IL 60603-4925
27187168        EDI: HNDA.COM Oct 25 2018 05:28:00      American Honda Finance,    Attn: Bankruptcy,
                 Po Box 168088,    Irving, TX 75016
27187170       +EDI: AMSHER.COM Oct 25 2018 05:28:00     AmSher Collection Srv,    4524 Southlake Parkway,
                 Ste 15,    Hoover, AL 35244-3271
27187171        EDI: BANKAMER.COM Oct 25 2018 05:28:00     Bank Of America,    Attn: Bankruptcy,    Po Box 982238,
                 El Paso, TX 79998
27187173       +E-mail/Text: bankruptcy@cavps.com Oct 25 2018 02:01:05     Cavalry Portfolio Services,
                 Attn: Bankruptcy Department,    500 Summit Lake Ste 400,    Valhalla, NY 10595-2322
27187174       +EDI: CHASE.COM Oct 25 2018 05:28:00     Chase Card Services,    Correspondence Dept,
                 Po Box 15298,    Wilmington, DE 19850-5298
27187176       +EDI: CITICORP.COM Oct 25 2018 05:28:00     Citibank/Sears,    Attn: Bankruptcy,    Po Box 6275,
                 Sioux Falls, SD 57117-6275
27187177       +EDI: WFNNB.COM Oct 25 2018 05:28:00     Comenity - HSN,    PO Box 659707,
                 San Antonio, TX 78265-9707
27187178        EDI: WFNNB.COM Oct 25 2018 05:28:00     Comenity Capital Bank/HSN,    Attn: Bankruptcy Dept,
                 Po Box 18215,    Columbus, OH 43218
27187180       +EDI: DISCOVER.COM Oct 25 2018 05:28:00     Discover Financial,    Po Box 3025,
                 New Albany, OH 43054-3025
27187181       +E-mail/Text: bknotice@ercbpo.com Oct 25 2018 02:00:44     ERC/Enhanced Recovery Corp,
                 Attn: Bankruptcy,    8014 Bayberry Road,    Jacksonville, FL 32256-7412
27187182       +EDI: HFC.COM Oct 25 2018 05:28:00     HSBC Bank,    Attn: Bankruptcy,    Po Box 2013,
                 Buffalo, NY 14240-2013
27187184       +E-mail/Text: rev.bankruptcy@illinois.gov Oct 25 2018 02:00:24
                 Illinois Department of Revenue 1/15,    Bankruptcy Section,    PO Box 64338,
                 Chicago, IL 60664-0291
27187186        EDI: IRS.COM Oct 25 2018 05:28:00     Internal Revenue Service - 1/11,    PO Box 7346,
                 Philadelphia, PA 19101-7346
27187191       +EDI: AGFINANCE.COM Oct 25 2018 05:28:00     OneMain Financial,    Attn: Bankruptcy,
                 601 Nw 2nd Street,    Evansville, IN 47708-1013
27187192       +EDI: AGFINANCE.COM Oct 25 2018 05:28:00     OneMain Financial,    Attn: Bankruptcy,
                 Po Box 3251,    Evansville, IN 47731-3251
27187195       +EDI: RMSC.COM Oct 25 2018 05:28:00     Syncb/Care Credit,    Attn: Bankruptcy,    Po Box 965060,
                 Orlando, FL 32896-5060
27187196       +EDI: RMSC.COM Oct 25 2018 05:28:00     Synchrony Bank/Walmart,    Attn: Bankruptcy Dept,
                 Po Box 965060,    Orlando, FL 32896-5060
27187199        EDI: WFFC.COM Oct 25 2018 05:28:00     Wells Fargo Bank,    Attn: Bankruptcy Dept,    Po Box 6429,
                 Greenville, SC 29606
                                                                                             TOTAL: 20

              ***** BYPASSED RECIPIENTS (undeliverable, * duplicate) *****
27187169*      ++AMERICAN HONDA FINANCE,    P O BOX 168088,    IRVING TX 75016-8088
                 (address filed with court: American Honda Finance,    Attn: Bankruptcy,    Po Box 168088,
                   Irving, TX 75016)
27187172*      ++BANK OF AMERICA,    PO BOX 982238,    EL PASO TX 79998-2238
                 (address filed with court: Bank Of America,    Attn: Bankruptcy,    Po Box 982238,
                   El Paso, TX 79998)
                                                                                             TOTALS: 0, * 2, ## 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.
```

```
District/off: 0752-1          User: lmendoza              Page 2 of 2              Date Rcvd: Oct 24, 2018
                              Form ID: 309A               Total Noticed: 34
```

***** BYPASSED RECIPIENTS (continued) *****

Addresses marked '++' were redirected to the recipient's preferred mailing address
pursuant to 11 U.S.C. 342(f)/Fed.R.Bank.PR.2002(g)(4).

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Oct 26, 2018                                  Signature: /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

```
The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on October 24, 2018 at the address(es) listed below:
          David H Cutler    on behalf of Debtor 1 Romeo S Dumayas cutlerfilings@gmail.com,
           r48280@notify.bestcase.com
          Patrick S Layng   USTPRegion11.ES.ECF@usdoj.gov
          Steven R Radtke   sradtke@chillchillradtke.com, sradtke@ecf.epiqsystems.com
                                                                                    TOTAL: 3
```